

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2020

No. 04-19-00887-CV

**IN THE INTEREST OF D.J.S., A CHILD**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00363
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellant's First Motion for Extension of Time to file Brief is hereby GRANTED. The appellant's brief is due on March 3, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court